## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **ORDER FOR RETURN OF** |
| | : | |
| **VS.** | : | **DEPOSIT FOR BAIL** |
| | : | |
| **TAIWO DAISI** | : | **RECOG. NEW 3141** |
| | | **Case No.DNJX209MJ003706-04** |
| | : | **DNJX311CR000144-01** |

It appearing to the Court that the above-named defendant was held in bail by the United States District Court for the District of New Jersey for his appearance before this Court, and that the sum of Ten thousand dollars ($10,000.00) was deposited in the registry of this Court as security for the said recognizance; and it further appearing that the purposes of said recognizance have been fulfilled and the said recognizance has been duly canceled of record, it is, on this _12th_ day of April, 2013

**ORDERED** that the sum of Ten thousand dollars ($10,000.00) so deposited as aforesaid be returned to David Akinyemi, PO Box 200308, South Ozone Park, New York 11420 the surety of said recognizance.

_Jerome B Simandle_

JEROME B. SIMANDLE, CHIEF JUDGE

UNITED STATES DISTRICT COURT